IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 No. CIV 13-0865 JB/WPL
                                                                             CR 08-1537 JB

LORIANN MONICA GONZALES,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court, under rule 4(b) of the Rules Governing Section 2255 Cases, on the Defendant's Motion Under 28 USC section 2255(F)3 to Vacate, Set Aside or Correct Sentence, filed September 9, 2013 (CIV Doc. 1; CR Doc. 80); and the Court having entered an order dismissing the motion for lack of jurisdiction, see Memorandum Opinion and Order of Dismissal, filed November 30, 2013 (Doc. 3),

**IT IS ORDERED** that judgment is entered in favor of the Plaintiff, and this civil proceeding is dismissed without prejudice.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

*Parties*:

Lori Ann Gonzales
Federal Medical Center, Carswell
Ft. Worth, Texas

    *Pro se*